IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSH L. ANDERSON,** | ) | |
|     **Plaintiff,** | ) | |
|     v. | ) | **C.A. No. 04-135 Erie** |
| | ) | **District Judge McLaughlin** |
| **LARRY KOPKO, et al.,** | ) | **Magistrate Judge Baxter** |
|     **Defendants.** | ) | |

**O R D E R**

AND NOW, this 2nd day of September, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion to extend time is dismissed as moot.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States Magistrate Judge