IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSH L. ANDERSON
    Plaintiff

    V.                                    CIVIL ACTION NO. 04-135 ERIE

LARRY E. KOPKO, RANDY J. ICKERT,
and KATIE L. AVENALI
    Defendants

## TEMPORARY RESTRAINING ORDER AND
## ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION

    Upon the Complaint, the Supporting affidavits of plaintiff, and the memorandum of law Submitted herewith, it is:

    **ORDERED** that defendants Larry E. Kopko, Randy J. Ickert, and Katie L. Avenali show cause in room _____ of the United States Courthouse at_____, Erie, PA _____ on the _____ day of _____, 20\_\_\_\_\_, at _____ O'clock, Why a preliminary injunction should not issue pursuant to **RULE 65 (a)** of the **Federal Rules of Civil Procedure** enjoining the defendants, their successors in office, agents and employees and all other persons acting in Concert and Participation with them, from assault and harassment. These actions include and are not limited to Verbal Assault, by which defendants and their Seccessors are Prohibited from inflammatory speech that might not be protected by the First Amendment's free speech guarantee because it might insight a violent response. Sexual harassment, by which defendants and their successors are prohibited from excessive surveillance (starring) because a course of such conduct will place reasonable fear of bodily injury or cause substantial emotional distress.

**IT IS FURTHER ORDERED** that effective immediately, and pending the hearing and determination of this order to show cause, the defendant,s Larry E. Kopko, Randy J. Ickert, Katie L. Avenali, and each of their officers, agents, employers, and all persons acting in concert or participation with them, are restrained from inflammatory speech and excessive surveillance.

**IT IS FURTHER ORDERED** that the order to show Cause, and all other papers attached to this application be served on the aforesaid plaintiff.

_____

DATED: _____

**UNITED STATES MAGISTRATE JUDGE**