IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSH L. ANDERSON
    Plaintiff

    V.                       CIVIL ACTION No. 04-135 ERIE

LARRY E. KOPKO, RANDY J. ICKERT,
and KATIE L. AVENALI
    Defendants

MOTION FOR AN ORDER COMPELLING DISCOVERY

Plaintiff moves this court for an order pursuant to **RULE 37(a)** of the **Federal Rules of Civil Procedure** compelling Defendant Katie L. Avenali to answer fully interrogatories number 1-15, copies of which are attached hereto. Plaintiff submitted these interrogatories, pursuant to **RULE 33** of the **Federal Rules of Civil Procedure** on October 19, 2005 but have not yet received the answers.

Plaintiff also moves for an order pursuant to **RULE 37(a)(4)** Requiring the aforesaid Defendant to pay Plaintiff the sum of $10.39 as reasonable expenses in obtaining this order, on the ground that the Defendants' refusal to answer the interrogatories had no Substantial Justification.

DATE: _December 6, 2005_

JOSH L. ANDERSON
FW-6915
1 Kelley Dr.
Coal Township, PA. 17866-1021