IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH ANDERSON )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>LARRY KOPKO, et al. )<br>    Defendants. ) | C.A. No. 04-135 Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## O R D E R

AND NOW, this 12th day of December, 2005;

IT IS HEREBY ORDERED that Plaintiff's motion to compel against Defendant Avenali [Document # 36] is GRANTED. Defendant Avenali must answer the discovery requests within ten days.

IT IS FURTHER ORDERED that Defendant Avenali show cause before December 30, 2005, for her failure to file an answer or dispositive motion in this case.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE