**LARRY E. KOPKO**
**SHERIFF**

OFFICE OF THE SHERIFF
WARREN COUNTY, PENNSYLVANIA
407 Market Street
Warren, Pennsylvania 16365

TELEPHONE
(814) 723-7553
FAX
(814) 726-2113

November 6, 2003

To:       Inmate Josh Anderson
From:   Sheriff Larry E. Kopko

Subj:     Your letter

    This is to advise you that I am in receipt of your letter sent via the U.S. Mail to advise me that you are having problems with staff and that you are going to contact a whole myriad of agencies to investigate this office.

    If you wish to initiate an investigation against this institution, that is your right to do, and I assure you that we will cooperate fully with any investigation that might occur.

    I have directed the Correctional Supervisor, Captain Douglas A. Irvine and Deputy Correctional Supervisor Lieutenant Randy Ickert to initiate an investigation into the allegations that you have made. They will be contacting you for the names of the Correctional Officers that you are accusing since you failed to provide their names. I hope that you will cooperate with them fully on this investigation.

    Since you feel that you are not being treated equally at this facility, I am willing to try to make arrangements with another institution to house you until your trial date arrives, if that is something you might be interested in. Let me know your decision on this.

    Thank you for your letter. I hope to bring this situation to resolve in the very near future.

EXHIBIT - A

Serving the Residents of Warren County with Pride and Integrity

**WARREN COUNTY JAIL**
**INMATE REQUEST FORM**

TO: (Check One)

☒ Corrections Supervisor
___ Dep. Corrections Supervisor
___ Public Defender
___ Jail Physician (Doctor)
___ Counselling Office
___ Chaplain
___ Work Release Office
___ Other

FROM: Don Ardry

DATE: 10-24-02

State your request or problem. BE SPECIFIC!

I need to speak to you please can I be given to your office As.S.P. I spoke only for a few minets told him I would talk to Sgt W Custoff Kent Lavender

If you are unsure who to contact, ask the Shift Supervisor.
(Form IRF RE. 5/95)

EXHIBIT - B

**Avenali, Kate**

---

| | |
|---|---|
| From: | Hepinger, Tim |
| Sent: | Thursday, October 24, 2002 1:37 PM |
| To: | Avenali, Kate; Burns, Robert; Ickert, Randy |
| Subject: | JOSH ANDERSON |

I DON'T KNOW WHAT IS GOING ON WITH JOSH WANTING TO TALK TO KATIE, BUT COULD THE THREE OF YOU GET ON THE SAME PAGE OF MUSIC AND LET HIM KNOW. HE IS GETTING DIFFERENT STORIES AND WOULD LIKE ONE ANSWER, WHATEVER IS DECIDED.

THANKS,
HEPINGER

EXHIBIT - C

FORM J-16

## WARREN COUNTY SHERIFF'S OFFICE / COUNTY JAIL
## INMATE GRIEVANCE REPORT FORM

TO BE COMPLETED BY AN INMATE INCARCERATED IN THE COUNTY JAIL TO SUBMIT A COMPLAINT CONCERNING THE CARE, CUSTODY, OR CONTROL PROCEDURES ADMINISTERED BY THE JAIL. A COPY OF THE JAIL POLICIES AND PROCEDURES FOR HANDLING INMATE COMPLAINTS IS FILED IN EACH GUARD STATION AND IS AVAILABLE FOR YOUR EXAMINATION UPON REQUEST.

COMPLAINTS CONCERNING SENTENCES, PAROLE AND PROBATION OR PROCEDURES OF OTHER CRIMINAL JUSTICE AGENCIES MUST BE SUBMITTED DIRECTLY TO THAT AGENCY.

__Josh Anderson__　　　　　　　　　　　　　　　　　　　　__Max 13d__
Name of Complainant　　　　　　　　　　　　　　　　　　Block and Cell No.

__Officer Katie L. Avenali__
Name of Employee if Complaint pertains to an Individual

1. Describe your complaint, state the facts including date, time, and place of occurrence. Use additional paper if necessary. List any witnesses and how and where they can be contacted.

On 12-29-03 officer Avenali came to get me for a visit. After putting my hand cuffs and Belt on she made the Belt as tight as she could. Then after going threw the (6) six doors she stoped me and Tightend my hand cuffs so they could go no tighter.

Witnesses – Officer Breon and Sgt. Burns.

2. Describe the specific solution or remedy desired by you.

Just showing the type of things she does to get me upset!

__3-2-04__　　　　　　　　　　　　　　　　　　　　　　__[signature]__
Date of this Complaint　　　　　　　　　　　　　　　　Signature of Complainant

DISPOSITION OF THIS COMPLAINT WILL BE NOTED ON THE BACK OF THIS FORM AND A COPY WILL BE RETURNED TO THE INMATE.

EXHIBIT - D1

## DISPOSITION

(X) **EXONERATED** – the alleged conduct occurred but it was lawful and proper;

( ) **UNFOUNDED** – the complaint was false or unfounded;

( ) **NON SUSTAINED** – there was insignificant evidence to prove or disprove the allegation;

( ) **SUSTAINED** – the allegation was supported by proper and sufficient evidence;

**EXPLANATION:**

The handcuffs and belt were applied tight as verified by Sgt. Burns when he checked and loosened them. But they were not cutting off your blood flow to your hands. Officers observed you pushing down on the cuffs leaving marks on your wrists. Because of the existing problems you have with Officer Avenali, she did apply the restraints tight as to make sure you could not manipulate or free your hands from the cuffs. Officers are instructed to take extra security precautions when dealing with you and that is what she did.

**ACTION TAKEN OR TO BE TAKEN:**

Officer Avenali was counseled by Sgt. Burns the same night this occured and was instructed on how to apply restraints safely and effectivly with out them being overly tight.

_____ Signature of Correctional Supervisor or Sheriff     EXHIBIT - D 2     3/9/04 Date