IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH ANDERSON,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-135 Erie<br>) |
| LARRY KOPKO, et al,<br>　　　　Defendants. | )<br>)<br>) |

**ORDER**

AND NOW, this 10th Day of January, 2006, it is hereby

ORDERED that the above captioned case is scheduled for a Motion Hearing (Motion to Compel Discovery [Doc. #36]) before the Honorable Susan Paradise Baxter, on Thursday, January 19, 2006, at 11:00 a.m.  James T. Marnen, Esq., Counsel for Defendants, is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

　　　　　　　　　　　　　　　　　　　　 s/Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)