IN THE UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH L. ANDERSON,   )<br>  Plaintiff,   )<br>       )<br>V   )<br>       )<br>LARRY E. KOPKO, et. al.,   )<br>  Defendant   ) | Civil Action No. 04-135 ERIE |

## ORDER

AND NOW, this 13th day of January, 2006, after consideration of the Plaintiff's Request for Stay on Ruling of Magistrate Judge's Recommendation to Dismiss Defendants Kopko and Ickert

  IT IS HEREBY ORDERED that said motion is DENIED.


              S/Sean J. McLaughlin
              Sean J. McLaughlin
              United States District Judge

cc: All counsel of record   nmk