IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH ANDERSON ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 04-135 Erie |
| ) | District Judge McLaughlin |
| LARRY KOPKO, et al. ) | Magistrate Judge Baxter |
|     Defendants. ) | |

**O R D E R**

AND NOW, this 19th day of January, 2006;

In light of the telephonic hearing held this day,

IT IS HEREBY ORDERED that counsel for Defendant will supplement the answers to Interrogatory 2 (by providing Defendant Avenali's educational background) and Interrogatory 13 (by providing any Separation order) within twenty days.

IT IS FURTHER ORDERED that counsel for Defendant may take Plaintiff's deposition before the close of discovery on May 10, 2006.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE