# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson )
)
)
Plaintiff )
vs. )    No.   CA 04-135 Erie
Larry E. Kopko, et al )
)
)
Defendants )

HEARING ON   January 19, 2006   Motion Hearing

Before   U. S. Magistrate Judge Susan Paradise Baxter

Josh L. Anderson, pro se                    James T. Marnen, Esq.

Appear for Plaintiff                        Appear for Defendant

Hearing Begun  11:10                        Hearing Adjourned to  11:25

Hearing concluded C.A.V.                    Stenographer Ron Bench
                                            CD:        Index:

WITNESSES

For Plaintiff                               For Defendant

Order to follow.

C. Snyder
Law Clerk