IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
    plaintiff,

V.                 CIVIL ACTION NO. 04-135 Erie

Larry E. Kopko, et al.,
    defendants.

FILED
'06 MAR -9 A10:35
CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S REQUEST FOR A DISCOVERY CONFERENCE

    Plaintiff respectfully submits the following Request for a Discovery Conference in the above titled action.

    Plaintiff in Pro Se asks this Court for a scheduling of a discovery conference between all parties and counsel of record.

    1. On October 20, 2005 plaintiff Josh L. Anderson served defendant Smith with Plaintiff's First Set of Interrogatories to Defendant.

    2. On December 12, 2005 plaintiff filed a Motion for a Order Compelling Discovery.

    3. On December 12, 2005 the Court issued an Order Compelling service of answers to interrogatories on or before December 22, 2005.

    4. On December 22, 2005 defendant Smith served on plaintiff Answers and Objections to Plaintiff's First Set of Interrogatories to Defendant.

    5. On January 5, 2006 plaintiff filed Plaintiff's Response to Defendant's Objections to Plaintiff's First Set of Interrogatories to Defendant.

     6. On January 19, 2006 the Court issued an Order directing defendant's counsel to supplement the answers to Interrogatory 2 and 13 within twenty days.

     7. On January 19, 2006 plaintiff served defendant with Plaintiff's First Request for Production of Documents.

     8. On February 18, 2006 plaintiff served defendant with Plaintiff's Second Request for Production of Documents.

     9. On February 20, 2006 defendant served on plaintiff Defendant Smith's Response to Plaintiff's First Request for Production of Documents.

     10. On February 23, 2006 defendant served on plaintiff Defendant Smith's Response to Plaintiff's Second Request for Production of Documents.

     11. Plaintiff believes that continuing to file Motions seeking the Courts assistance in obtaining requested discovery unnecessary.

     THEREFORE, plaintiff believes that a discovery conference will prevent any further need of parties filing of Objections and/or Motions to Compel.

RESPECTFULLY SUBMITTED,

_____

JOSH L. ANDERSON
FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
   plaintiff,

V.                              CIVIL ACTION NO. 04-135 Erie

Larry E. Kopko, et al.,
   defendants.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of march, 2006, a copy of the within document was sent via U.S. First class mail to all parties and counsel of record.

JOSH L. ANDERSON
FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021