IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson
    plaintiff

v.

Larry E. Kopko, et al.
    defendants

CIVIL ACTION NO. 04-135 Erie

FILED
'06 MAR 16 A9:29
CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

Notice is hereby given pursuant to Local Rule 72.1.3 B that, Josh L. Anderson, the above captioned plaintiff hereby appeals Magistrate Judge's Order entered March 8, 2006 [Document Number 55] denying plaintiff's motion titled "Plaintiff's Response to Defendant Smith's Response First Request for Production of Documents [Document Number 54].

THEREFORE, plaintiff asks this court to reconsider and Grant plaintiff the Requested Documents.

RESPECTFULLY SUBMITTED,

_____
JOSH L. ANDERSON
FW-6915
1 Kelley Drive
Coal Township, PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
    plaintiff,

V.                          CIVIL ACTION NO. 04-135 Erie

Larry E. Kopko, et al.,
    defendants.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of march, 2006, a copy of the within document was sent via U.S. First class mail to all parties and counsel of record.

JOSH L. ANDERSON
FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021