Name  JOSH L. ANDERSON
Number  FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021

INMATE MAIL
PENNSYLVANIA
DEPT OF CORRECTIONS

UNITED STATES DISTRICT COURT
OFFICE OF CLERK
P.O. BOX 1820
ERIE, PA 16507

16507+0820-20 B007

**RECEIVED**

MAR 16 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



MAR 14 '06
PB METER
7046164
U.S. POSTAGE
$00.39