IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH ANDERSON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY KOPKO, et al,<br>　　　　Defendants. | )<br>)<br>)<br>)  Civil Action No. 04-135 Erie<br>)<br>)<br>) |

**ORDER**

　　AND NOW, this 17th Day of March, 2006, it is hereby

　　ORDERED that the above captioned case is scheduled for a Motion Hearing (Motion for Discovery Conference [Doc. #56]) before the Honorable Susan Paradise Baxter, on Thursday, March 23, 2006, at 11:00 a.m.  James T. Marnen, Esq., Counsel for Defendants, is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

　　　　　　　　　　　　　　　　　　　　 s/Susan Paradise Baxter
　　　　　　　　　　　　　　　　　　　　SUSAN PARADISE BAXTER
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)