IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson
   plaintiff

   v.                                         CIVIL ACTION NO. 04-135 Erie

Larry E. Kopko, et al.
   defendants

FILED
06 MAR 16 A9:29
CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given pursuant to Local Rule 72.1.3 B that, Josh L. Anderson, the above captioned plaintiff hereby appeals Magistrate Judge's Order entered March 8, 2006 [Document Number 55] denying plaintiff's motion titled "Plaintiff's Response to Defendant Smith's Response First Request for Production of Documents [Document Number 54].

THEREFORE, plaintiff asks this court to reconsider and Grant plaintiff the Requested Documents.

AND NOW, this 17th day of March 20 06, the Plaintiff/Petitioner having filed with the Court this Appeal, IT is hereby ordered that the Appeal is DENIED. The March 8, 20 06, Order of U.S.M.J. Baxter is AFFIRMED.

_____
Sean J. McLaughlin, U.S.D.J.

RESPECTFULLY SUBMITTED,

_____
JOSH L. ANDERSON
FW-6915
1 Kelley Drive
Coal Township, PA 17866