# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson _____ )
_____ )
_____ )
_____ )
                         Plaintiff  )
          vs.                       )        No.     CA 04-135 Erie
Larry E. Kopko, et al _____ )
_____ )
_____ )
_____ )
                         Defendants )

HEARING ON   March 23, 2006   – Discovery hearing

Before   Chief U. S. Magistrate Judge Susan Paradise Baxter

Josh L. Anderson, pro se                    James T. Marnen, Esq.

Appear for Plaintiff                        Appear for Defendant

Hearing Begun  11:01                        Hearing Adjourned to

Hearing concluded C.A.V.  11:22             Stenographer  Janis Ferguson
                                            CD:            Index:

WITNESSES

For Plaintiff                               For Defendant

Motion for discovery hearing  [Document #56] is GRANTED.
Document #54 is liberally  construed as a motion to
compel which is granted in part  & denied in part. Ruling
on the record.

_signature_
Law Clerk