```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA
 2

 3    JOSH L. ANDERSON                  :
                                        :
 4         v.                           :   CA 04-135 Erie
                                        :
 5    LARRY E. KOPKO, et al.            :

 6

 7

 8

 9           Telephone Hearing in the above-captioned

10        matter held on Thursday, March 23rd, 2006,

11        commencing at 11:03 a.m., before the Honorable

12        Susan Paradise Baxter, in camera, at the United States

13        Courthouse, 17 South Park Row, Erie, Pennsylvania

14        16501.

15

16

17

18

19    For the Plaintiff:
20         Josh L. Anderson   (Pro Se)

21

22    For the Defendant:
           James T. Marnen,Esquire
23

24

25              Reported by Janis L. Ferguson, RPR
```

```
 1                        I N D E X
 2
 3   TRANSCRIPT OF PROCEEDINGS . . . . . . . . . . . . . . .  3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:04-cv-00135-SJM    Document 61    Filed 04/05/2006    Page 2 of 5

```
 1          THE COURT:  All right.  We are obviously, by
 2     having a hearing today, your motion for a hearing,
 3     discovery hearing, Document No. 56 was granted.
 4     And we are construing Document No. 54 as --
 5     liberally construing it -- which is your response,
 6     as another motion to compel, because these issues
 7     were not resolved, and they are going to be
 8     resolved now.  All right?
 9          Well, the motion to compel is granted in part
10     and denied in part.
11          No. 1, the Defendant must, in fact, comply
12     with the first request; any and all notes taken by
13     Defendant Katie L. Smith regarding Plaintiff from
14     those dates, October 29th, 2001 to present.  That
15     is granted.
16          No. 2, anything beyond that which has been
17     produced regarding Request No. 2 is denied.
18          No. 3.  Any and all grievances or complaints
19     filed by anybody against Katie L. Smith is
20     granted.
21          No. 4, a complete and accurate copy of the
22     code of conduct and ethics is granted, with this
23     proviso:  As long as there are not any security
24     concerns.  I can't imagine that there are with the
25     code of conduct and ethics, Mr. Marnen, but I
```

```
 1          would have to hear more on that, if that's going
 2          to be an objection.
 3               As to No. 5, it's denied.  That's the
 4          complete and accurate list outlining Miss Smith's
 5          responsibilities for every -- for February 4th.
 6          That's denied.
 7               As to No. 6, the logs, I'm going to deny it,
 8          except for that date, because you didn't give me a
 9          listing of dates, and it's too broad as requested.
10          If there are other dates, you have to get those in
11          fast, because we're out of time.  And so I'm going
12          to deny it, except for the date in question.  It
13          may have already been produced.
14               Are you going to check on that, Mr. Marnen?
15          MR. MARNEN:  Yes, ma'am.
16          THE COURT:  All right.  As to No. 9, the
17          prisoner's file, it's denied.
18               No. 8, you're checking on that one, both of
19          you; whether or not it's been received.  All
20          right?
21          (Discussion held off the record.)
22          THE COURT:  You have some time if you can get a
23          group of dates together, Mr. Anderson, for No. 6.
24          MR. ANDERSON:  Okay.
25          THE COURT:  Any questions?
```

```
 1          MR. MARNEN:  No, Your Honor.
 2          MR. ANDERSON:  No, Your Honor.
 3          THE COURT:  All right.  We're adjourned.  Thank
 4      you.
 5
 6      (Hearing concluded at 11:25 a.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```