IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH L. ANDERSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. 04-135 Erie |
| LARRY E. KOPKO, RANDY J. ICKERT and KATIE L. AVENALI, | ) ) ) ) |
| Defendants | ) ) **Jury Trial Demanded** |

## ORDER

AND NOW, this _____ day of _____, 2006 it is hereby ORDERED that the Joint Motion for Extension of Time to Complete Discovery filed on April 21, 2006 is hereby GRANTED.  The Case Management Order of January 10, 2006 is hereby MODIFIED. Discovery shall be completed on or before July 10, 2006, plaintiff's pretrial statement shall be filed on or before July 30, 2006 and defendant's pretrial statement shall be filed on or before August 19, 2006.  The Case Management Order of January 10, 2006 shall in all other respects remain in effect.

_____
Susan Paradise Baxter
Chief United States Magistrate Judge

667631