IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSH ANDERSON**      ) | |
|     Plaintiff,      ) | |
| )| |
| vs.      ) | C.A. No. 04-135 Erie |
| ) | District Judge McLaughlin |
| **LARRY KOPKO, et al.**      ) | Magistrate Judge Baxter |
|     Defendants.      ) | |

## O R D E R

AND NOW, this 10th day of May, 2006;

IT IS HEREBY ORDERED that the Joint Motion for Extension of Time [Document # 62] is GRANTED. Discovery will close on May 22, 2006. All other deadlines established in this Court's Case Management Order of January 10, 2006 remain in effect. No further extensions of time will be granted without good cause shown.

 

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE