

RECEIVED
MAY 22 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

"INMATE MAIL
PA. DEPT. OF CORRECTIONS"

CLERK OF COURT
P.O. BOX 1820
ERIE, PENNSYLVANIA 16507