IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH ANDERSON ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 04-135 Erie |
| ) | District Judge McLaughlin |
| LARRY KOPKO, et al. ) | Magistrate Judge Baxter |
|     Defendants. ) | |

### O R D E R

AND NOW, this 23rd day of May, 2006;

IT IS HEREBY ORDERED that Plaintiff's motion to amend the complaint [Document # 64] is DENIED. Discovery has closed and this matter is too close to trial for further amendments. Plaintiff may move to amend the complaint to conform to the evidence at trial.

                                                                         S/ Susan Paradise Baxter
                                                                         SUSAN PARADISE BAXTER
                                                                         CHIEF UNITED STATES MAGISTRATE JUDGE