JOSH L. ANDERSON
INMATE# FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021



INMATE MAIL
PENNSYLVANIA
DEPT OF CORRECTIONS

UNITED STATES DISTRICT COURT
OFFICE OF CLERK
P.O. BOX 1820
ERIE, PA 16507



MAY 25'06
PB METER
$0.87
U.S. POSTAGE

RECEIVED

MAY 30 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA