IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
    plaintiff,

V.  CIVIL ACTION NO. 04-135 Erie

Larry E. Kopko, et al.,
    defendants.

**REQUEST FOR SANCTIONS AGAINST DEFENDANT**

Plaintiff Josh L. Anderson, respectfully submits the following Request for Sanctions pursuant to Rule 37 (a)(3) of the Federal Rules of Civil Procedure.

1) On January 16, 2006, plaintiff served defendant with Plaintiff's First Request for Production of Documents.

2) On February 20, 2006, defendant served plaintiff with Defendant Smith's Response to Plaintiff's First Request for Production of Documents.

3) On March 6, 2006, plaintiff filed with this court a Request for a Discovery Conference.

4) On March 15, 2006, defendant served plaintiff with Defendant Smith's Supplemental Response to Plaintiff's First Request for Production of Documents.

5) On March 23, 2006, the court Ordered defendant to produce documents requested in Plaintiff's First Request for Production of Documents.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
    Plaintiff,

V.                            CIVIL ACTION NO. 04-135 Erie

Larry E. Kopko, et al.,
    defendants.

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 26th. day of June, 2006, a copy of the within document was sent to all counsel and parties of record by way of First Class U.S. Mail.

_____
JOSH L. ANDERSON

(3)

6) On April 12, 2006, defendant served plaintiff with Defendant Smith's Second Supplemental Response to Plaintiff's First Request for Production of Documents.

7) On May 17, 2006, defendant served plaintiff with Defendant Smith's Third Supplemental Response to Plaintiff's First Request for Production of Documents.

8) On May 22, 2006, Discovery Closed in the above action.

The defendant in this action has failed to produce the grievances and/or complaints Requested by plaintiff and Ordered by the court.

**THEREFORE**, Plaintiff asks that this court impose Sanctions on the defendant for failure to produce.

RESPECTFULLY SUBMITTED,

JOSH L. ANDERSON
FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
    Plaintiff,

V.                                            CIVIL ACTION NO. 04-135 Erie

Larry E. Kopko, et al.,
    defendants.


**CERTIFICATE OF SERVICE**


    The undersigned hereby certifies that on the 26th. day of June, 2006, a copy of the within document was sent to all counsel and parties of record by way of First Class U.S. Mail.


                                                          JOSH L. ANDERSON