Name: JOSH L. ANDERSON
Number: FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021

Clerk of Court
P.O. Box 1820
Erie, PA 16507



RECEIVED

JUN 2 9 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA