IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH L. ANDERSON, ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | CA 04-135 ERIE |
| ) | |
| LARRY W. KOPKO, et. al., ) | |
| Defendants. ) | |

**ORDER**

_____AND NOW this 12th day of July, 2006,

IT IS HEREBY ORDERED that this matter be set for jury selection and trial on **August 7, 2006 at 8:30 a.m.**, before the Honorable Sean J. McLaughlin, in Courtroom C, United States District Courthouse and Postoffice, in Erie, Pennsylvania

IT IS FURTHER ORDERED that the Clerk of Court issue Writ of Habeas Corpus Ad Testificandum to the **Superintendents for S.C.I. Coal, S.C.I. Houtzdale, S.C.I. Somerset** for the production of the following witnesses: **Blaine C. Molle, FX 4037** who is currently housed at S.C.I. Houtzdale, **Joshua Smith**, GA 3625 who is currently housed at S.C.I. Somerset , as well as for the Plaintiff, **Josh L. Anderson**, FW 6915 who is currently housed at S.C.I. Coal Township, to be present for the jury selection and trial on the above date and time; the plaintiff and witness shall then be returned to their designated institution upon completion of proceedings.

IT IS FURTHER ORDERED that all costs to be borne in conformity with the determination in Story v. Robinson, 689 F. 2d 1176 (3d Cir. 1982) and Garland v. Sullivan, 737 F.2d. 1283(2d Cir. 1984), affirmed, sub nom., Bureau of Corrections v. U.S. Marshal Service, 54 L.W. 4001(1985)

Sean J. McLaughlin
United States District Judge

cc: all counsel/parties of record
    U.S. Marshal Service
    Superintendent, S.C.I. Houtzdale,
    Superintendent, S.C.I. Somerset
    Superintendent, S.C.I. Coal Township