IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH L. ANDERSON, ) | |
|     Plaintiff, ) | |
| ) | |
| Vs. ) | CA 04-135 ERIE |
| ) | |
| LARRY W. KOPKO, et. al. , ) | |
|     Defendants. ) | |

**N O T I C E**

_____PLEASE TAKE NOTICE that this Court was unable to locate Plaintiff's witness Casey Dayhuff. The Court has been informed that this witness has been released from custody and that his whereabouts are unknown.

                                                                             s/Nicole Kierzek
                                                                             Nicole Kierzek
                                                                             Courtroom Deputy to Judge Sean J. McLaughlin

cc: Josh L. Anderson, certified mail