**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

HARRISBURG PA 171
18 JUL 2006 PM

1. Article Addressed to:

JOSH L. ANDERSON
FW-6915
SCI Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021

***COMPLETE THIS SECTION ON DELIVERY***

A. Received by (*Please Print Clearly*) Mike White
B. Date of Delivery 7-19-06

C. Signature
X Mike White
☑ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Copy from service label*)
7004 2890 0004 6045 5178

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952