IN THE UNITED DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
    plaintiff,

V.                      CIVIL ACTION NO. 04-135

Larry E. Kopko, et al.,
    defendants.



## PLAINTIFFS' MOTION FOR APPROPRIATE DRESS

    Plaintiff Josh L. Anderson, respectfully submits the following Plaintiffs' Motion for Appropriate Dress.
    Plaintiff has presented the issue(s) below to the Department of Corrections and was told that the (DOC) would not accept plaintiffs' clothing if they were mailed or delivered and that the (DOC) does not care how I look in court, they will do only what they have to do.

### ISSUES

1) Should plaintiff be afforded the opportunity to appropriately represent himself in this action.

2) Would the jury have a preconceived opinion or show bias to the plaintiff.

3) Will plaintiffs' low self-esteen be reflected to the jury.

4) Does plaintiff have appropriate clothing.

ARGUMENT

1) Yes, if plaintiff is appropriately dressed the jury will more clearly see the facts in this case and not an inmate.

2) Yes, plaintiff believes that if the jury is reminded that he is an inmate every time they look at him the jury will possibly disbelieve the evidence presented by the plaintiff.

3) Yes, if plaintiff is not confident in how he is presented, plaintiff believes this lack of confidence will reflect in a verdict favorable to the defendant.

4) Yes, plaintiff has the appropriate clothing which was acquired at his own expense.

**THEREFORE**, plaintiff asks this Court for an Order allowing plaintiff to wear his own Dress Clothing.

RESPECTFULLY SUBMITTED,

Josh L. Anderson
FW-6915
1 Kelley Drive
Coal Township, PA 17866

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
    plaintiff,

V.                                   CIVIL ACTION NO. 04-135

Larry E. Kopko, et al.,
    defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby declares that on this 1st day of August 2006, a copy of the within document was sent to counsel and unrepresented parties of record via U.S. first class mail.

                                          Josh L. Anderson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Josh L. Anderson,
    plaintiff,

    V.                               CIVIL ACTION NO. 04-135

Larry E. Kopko, et al.,
    defendants.

**ORDER**

    And now this ___ day of August 2006, it is hereby **ORDERED**, that the Plaintiff Josh L. Anderson, will be permitted to wear his personal dress clothes throughout the course of the trial.

    It is further **ORDERED**, that the Department of Corrections will allow Plaintiff to be dressed prior to the commencement of any proceeding.

_____

JOSH L. ANDERSON
FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021


August 1, 2006


Clerk of Court
P.O. Box 1820
Erie, PA 16501


        Re: Motion for Clothing


Dear Clerk:

    Enclosed you will find (1) Plaintiffs' Motion for Appropriate Dress (2) proposed Order.


                                  _____
                                    Josh L. Anderson