Name  Josh L. Anderson
Number  FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021

**INMATE MAIL
PENNSYLVANIA
DEPT OF CORRECTIONS**

Clerk of Court
P.O. Box 1820
Erie, PA 16501



RECEIVED

AUG 0 4 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA