**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOSH L. ANDERSON,                            )
          Plaintiff,                          )
                           )
          v.                                )  Civil No. 04-135 Erie
                           )
LARRY E. KOPKO, et al,                       )
          Defendants.                     )

## O R D E R

AND NOW, this  7th , day of August, 2006, upon consideration of the

Plaintiff's Motion for Appropriate Dress (Document No. 76)

IT IS HEREBY ORDERED that the Plaintiff shall be permitted wear non

prisoner garb at the trial, provided that the clothes can be supplied in a manner that does not

violate any regulations of the Department of Corrections.

     .

                                        S/Sean J. McLaughlin
                                        Sean J. McLaughlin
                                        United States District Judge

cc:  All counsel/parties of record
     Superintendent, S.C.I. Coal Township