IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH L. ANDERSON, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-135 Erie |
| LARRY E. KOPKO, RANDY J. ICKERT ) | |
| and KATIE L. AVENALI, ) | |
| ) | |
|     Defendants ) | **Jury Trial Demanded** |

**DEFENDANT'S PROPOSED SPECIAL VERDICT SLIP**

Defendant Katie L. Smith, née Katie L. Avenali, respectfully submits the following Defendant's Proposed Special Verdict Slip.

**Special Verdict**

1. Do you find that on February 4, 2004 defendant Katie Smith used excessive force on plaintiff Josh Anderson in violation of the Eighth Amendment?

    Yes \_\_\_\_\_          No \_\_\_\_\_

If your answer to Question 1 is "Yes," go to Question 2.  If your answer to Question 1 is "No," the jury foreperson must sign this Special Verdict and inform the Clerk that you have reached a verdict.

2. Do you find that on February 4, 2004 plaintiff Josh Anderson suffered a physical injury as a direct result of the use of excessive force on him by defendant Katie Smith?

    Yes \_\_\_\_\_          No \_\_\_\_\_

If your answer to Question 2 is "Yes," go to Question 3.  If your answer to Question 3 is "No," go to Question 4.

3. What are the total damages suffered by plaintiff Josh Anderson as a result of his having experienced physical pain and mental suffering as a result of the use of excessive force on him by defendant Katie Smith?

Total Damages for Pain and Suffering: $_____.

Go to Question 5.

4. You are directed to return a verdict for plaintiff Josh Anderson and against defendant Katie Smith in the nominal amount of one dollar by entering the words "One Dollar" in answer to this Question 4: _____.

Go to Question 5.

5. Do you find that on February 4, 2004 the use of excessive force by the defendant, Katie Smith, on the plaintiff, Josh Anderson, was motivated by evil motive or intent, or that it involved reckless or callous indifference to the right of the plaintiff, Josh Anderson, to be free from the use of excessive force in violation of the Eighth Amendment?

Yes _____          No _____

If your answer to Question 5 is "Yes," go to Question 6. If your answer to Question 5 is "No," the jury foreperson must sign this Special Verdict and inform the Clerk that you have reached a verdict.

6. Do you find it appropriate to award plaintiff, Josh Anderson, an additional amount as punitive damages to punish defendant, Katie Smith, or deter the defendant and others from similar conduct in the future?

Yes _____          No _____

If your answer to Question 6 is "Yes, " go to Question 7.  If your answer to Question 6 is "No," the jury foreperson must sign this Special Verdict and inform the Clerk that you have reached a verdict.

7.	What amount of punitive damages do you find it appropriate to award plaintiff, Josh Anderson, to punish defendant, Katie Smith, or deter the defendant and others from similar conduct in the future?

Total Punitive Damages:  $ _____ .

The jury foreperson must sign this Special Verdict and inform the Clerk that you have reached a verdict.

_____
Jury Foreperson


Respectfully submitted,


/s/ *James T. Marnen*
James T. Marnen
PA ID No. 15858
KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
120 West Tenth Street
Erie, PA  16501-1461
General Tel:  814-459-2800
Direct Dial Tel: 814-459-9886, Ext. 203
Fax:  814-453-4530
Email: jmarnen@kmgslaw.com

Attorney for Defendants,
Larry E. Kopko, Randy J. Ickert and
Katie L. Smith, née Katie L. Avenali

684255

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH L. ANDERSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-135 Erie |
| LARRY E. KOPKO, RANDY J. ICKERT ) | |
| and KATIE L. AVENALI, ) | |
| ) | |
| Defendants ) | **Jury Trial Demanded** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of August, 2006, a copy of the within document was served on all counsel of record and unrepresented parties in accordance with the applicable rules of court.

                                                    /s/ *James T. Marnen*
                                                    James T. Marnen