# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

JOSH L. ANDERSON

vs     No. 04-135 ERIE     CIVIL

KATIE L. AVENALI,

Time for Selection: 8:30 a.m - 10:30 a.m.

Date: August 14, 2006

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | Donna M. Radwick | 10 | Brian J. Eells |
| 2 | Richard E Bilski / ~~Michael J Seib~~ | 11 | Nancy M Briggs π ③ |
| 3 | ~~Robert J McIntyre~~ / ~~James W Owens~~ D-1 | 12 | Thomas W. Kostrepa / ~~Scott Alan Eckert~~ D-2 |
| 4 | ~~Gary W Kuhn, Jr~~ π ② | 13 | Andrew R Resinger |
| 5 | ~~James P. Dougherty~~ D-3 | 14 | Susan M Hultgren |
| 6 | Judith A. Figurski | 15 | |
| 7 | Eda E Scales | 16 | |
| 8 | ~~Robert J Ekelund~~ π ① | 17 | |
| 9 | Ann McLaughlin / ~~Richard E Hotchkiss~~ | 18 | |

## WITNESSES

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| 8/14 | Blaine C. Molle | 8/14 | Katie L. Smith f/k/a Katie L. Avenali |
| 8/14 | Joshua Smith | 8/15 | Katie L. Smith f/k/a Katie L. Avenali |
| 8/14 | Shelly Kreckel | 8/15 | Paula Dawn Radaker |
| 8/14 | Kevin Kreckel | 8/15 | Clara Jane Fondsworth |
| 8/14 | Josh L. Anderson | 8/15 | Robert Burns |
| | | 8/15 | Jerry DiPenti |
| | | 8/15 | Steve Breon |
| | | 8/15 | Mark Lehnen |
| | | 8/15 | Randy Ickert |
| | | 8/16 | William Schultz, MD |

## CLERK'S MEMORANDUM

| | | | | |
|---|---|---|---|---|
| Civil Number | Civil Action 04-135 Erie | Case closed | August 16, | 2006 |
| Before Judge | Sean J. McLaughlin | Judge Charges Jury | August 16, | 2006 |
| Appears for Pltf. | Josh L. Anderson, Pro Se | Jury Retires | August 16, | 2006 |
| | | Verdict | August 16, | 2006 |
| | | Jury finds in favor of the | | |
| Appears for Deft. | James Marnen | Defendant | | |
| Appears for 3rd pty. | | | | |
| Pltf. opens | August 14, 2006 | Bailiff in charge/Law Clerk | R.L. Humphrey | |
| Pltf. rest | August 14, 2006 | Court Reporter | R. Bench | |
| Pltf. close | August 16, 2006 | Deputy Clerk | N. Kierzek | |
| Deft. opens | August 14, 2006 | | | |
| Deft. rest | August 16, 2006 | | | |
| Deft. close | August 16, 2006 | | | |

### JURY

1. Donna Radick
2. Richard Bilski
3. Ann McLaughlin
4. Brian Eells
5. Andrew Resinger
6. Judith Figurski
7. Eda Scales
8. Susan Hultgreen

### TRIAL MOTIONS

### TRIAL MEMORANDUM

**Dates of Trial**

| | | | |
|---|---|---|---|
| Trial Opens | 10:35-12:00 pm | 8-14 | 2006 |
| Continues | 1:05-2:15 pm | 8-14 | 2006 |
| Continues | 2:25-3:40 pm | 8-14 | 2006 |
| Continues | 3:50 - 4:25pm | 8-14 | 2006 |
| Continues | 9:00-10:30am | 8-15 | 2006 |
| Continues | 10:35-11:30am | 8-15 | 2006 |
| Continues | 1:30-3:05pm | 8-15 | 2006 |
| Continues | 9:00-10:05am | 8-16 | 2006 |
| Continues | 12:45-1:00 pm | 8-16 | 2006 |
| Continues | | | 20__ |
| Continues | | | 20__ |
| Continues | | | 20__ |
| Continues | | | 20__ |
| Continues | | | 20__ |
| Continues | | | 20__ |
| Continues | | | 20__ |
| Trial closed | | | 20__ |
| Verdict | | | 20__ |