# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH L. ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>KATIE L. AVENALI,<br><br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 04-135 Erie<br>)<br>)<br>)<br>)<br>) |

## INTERROGATORIES TO THE JURY

1. Do you find by a preponderance of the evidence that on February 4, 2004, the Defendant used excessive force on the Plaintiff in violation of the Eighth Amendment?

    Yes _____ No __X__

    If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," please sign and date this form and notify the Clerk that you have reached a verdict.

2. State the amount of compensatory damages which you find that the Plaintiff is entitled to recover.

    $_____

    Proceed to Question 3.

3. Do you find by a preponderance of the evidence that the use of excessive force by the Defendant on the Plaintiff was motivated by evil motive or intent, or that it involved reckless or callous indifference to the right of the Plaintiff to be free from the use of excessive force in violation of the Eighth Amendment?

1

**Yes** \_\_\_\_\_ **No** \_\_\_\_\_

If your answer to Question 3 is "Yes," proceed to Question 4. If your answer to Question 3 is "No," please sign and date this form and notify the Clerk that you have reached a verdict.

4. Do you find it appropriate to award the Plaintiff an additional amount as punitive damages to punish the Defendant, or to deter the Defendant and others from similar conduct in the future?

    **Yes** \_\_\_\_\_ **No** \_\_\_\_\_

    If your answer to Question 4 is "Yes," proceed to Question 5. If your answer to Question 4 is "No," please sign and date this form and notify the Clerk that you have reached a verdict.

5. What amount of punitive damages do you find it appropriate to award the Plaintiff to punish the Defendant, or to deter the Defendant and others from similar conduct in the future?

    **Total Punitive Damages: $** _____.

    Please sign and date this form and notify the Clerk that you have reached a verdict.

_Richard E Bilski_            _August 16, 2006_
Foreperson                                          Date