AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__WESTERN__    DISTRICT OF    __PENNSYLVANIA__

JOSH L. ANDERSON

V.

KATIE L. AVENALI

**EXHIBIT AND WITNESS LIST**

Case Number: CA 04-135 ERIE

| PRESIDING JUDGE Honorable Sean J. McLaughlin | PLAINTIFF'S ATTORNEY Josh L. Anderson, Pro Se | DEFENDANT'S ATTORNEY James Marnen |
|---|---|---|
| TRIAL DATE (S) 8-14, 15, and 16, 2006 | COURT REPORTER Ron Bench | COURTROOM DEPUTY N. Kierzek |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8-14-06 | X | X | Statement from Blaine C. Molle |
| 2 | | 8-14-06 | X | X | Statement from Joshua Smith |
| A | | 8-14-06 | X | X | Inmate Grievance Report Form filed by Josh L. Anderson dated 3/23/06 |
| B | | 8-14-06 | X | X | Inmate Grievance Report Form filed by Josh L. Anderson dated 3/2/06 |
| C | | 8-14-06 | X | X | Inmate Grievance Report Form filed by Josh L. Anderson dated 3/2/06 |
| D | | 8-14-06 | X | X | Inmate Request Form written by Josh L. Anderson |
| E | | 8-14-06 | X | X | Letter written by Josh L. Anderson to Officer Avenali |
| F | | 8-14-06 | X | X | Report of assault on inmate dated 5/8/03; Report dated 5/9/03 by Officer Avenali |
| G | | 8-14-06 | X | X | Report prepared by Officer Avenali dated 10/27/03 |
| H | | 8-14-06 | X | X | Report prepared by Officer Avenali dated 11/9/03 |
| I | | 8-14-06 | X | X | Email regarding Anderson requesting personal information about Avenali's family |
| J | | 8-14-06 | X | X | Email dated 12/25/03 regarding inmate Anderson |
| K | | 8-14-06 | X | X | Entry from log book dated 12/30/03 regarding inmate Anderson |
| L | | 8-14-06 | X | X | Email dated 1-20-04 regarding inmate Anderson |
| M | | 8-14-06 | X | X | Sgt. Burns Desk log dated 2/4/04 |
| N | | 8-14-06 | X | X | log for isolation cell where inmate Anderson was housed |
| O | | 8-14-06 | X | X | Video Tape |
| P | | 8-15-06 | X | X | 3 Reports dated 5/8/03, 5/9/03 & 5/9/03 prepared by officer Radaker |
| Q | | 8-14-06 | X | X | Report dated 10/27/03 prepared by officer Lehnen |
| R | | 8-14-06 | X | X | Report dated 11/9/03 prepared by officer Lehnen |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____2____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| ANDERSON | | | vs. | AVENALI | CASE NO. CA 04-135 ERIE |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | R | 8-15-06 | X | X | Report dated 11/9/03 prepared by Officer Lehnen |
| | S | 8-15-06 | X | X | Video Tape of Officer Ickert |
| | U | 8-16-06 | X | X | Note dated 2-5-04 of examination of Josh L. Anderson |

Page \_\_\_2\_\_\_ of \_\_\_2\_\_\_ Pages