AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__WESTERN__   DISTRICT OF   __PENNSYLVANIA__

| | |
|---|---|
| JOSH L. ANDERSON<br>Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| V. | Case Number: 04-135 Erie |
| KATIE L. AVENALI.<br>Defendant | |

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that JUDGMENT be entered in favor of Defendant, KATIE L. AVENALI and against Plaintiff, JOSH L. ANDERSON

Approved:_____
Sean J. McLaughlin, U.S. D.J.

| | |
|---|---|
| August 16, 2006 | Robert V. Barth |
| Date | Clerk |
| | _[signature]_<br>(By) Deputy Clerk |