**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


Josh L. Anderson,
    plaintiff,


      V.                   CIVIL ACTION NO. 04-135 Erie


Katie L. Avenali,
    defendant.


**PLAINTIFF'S NOTICE OF APPEAL**


    Notice is hereby given that Josh L. Anderson, plaintiff in the above named case, hereby Appeal to the United States Court of Appeals for the Third Circuit from the final judgement entered in this action on the 16th day of August, 2006.


                        RESPECTFULLY SUBMITTED,

August 28, 2006

                        Josh L. Anderson
                        FW-6915
                        1 Kelley Drive
                        Coal Township, PA 17866

FILED
'06 AUG 30 A9:51
CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**


Josh L. Anderson,
    plaintiff,

      v.                          CIVIL ACTION NO. 04-135 Erie

Katie L. Avenali,
    defendant.


**CERTIFICATE OF SERVICE**

The undersigned hereby declares that on this 28th day of August 2006, a copy of the within document was sent to counsel and unrepresented parties of record via U.S. first class mail.


_____
Josh L. Anderson

JOSH L. ANDERSON

FW-6915

1 Kelley Drive

Coal Township, PA 17866-1021


August 28, 2006



Clerk of Court

P.O. Box 1820

Erie, PA 16501



Dear Clerk:

    Enclosed you will find a copy of Plaintiff's Notice of Appeal.




Sincerely,

JOSH L. ANDERSON