

INMATE MAIL
PENNSYLVANIA
DEPT OF CORRECTIONS

Name  Josh L. Anderson
Number  FW-6915
1 Kelley Drive
Coal Township, PA 17866-1021

UNITED DISTRICT COURT
Clerk of Court
P.O. Box 1820
Erie, PA 16501

LEGAL MAIL

**RECEIVED**

AUG 30 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA