OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

MARCIA M. WALDRON  
CLERK

FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790

TELEPHONE  
215-597-2995

Clerk of District Court  
**(Western District of PA)**

Date __October 17, 2006__

__Anderson vs. Kopko__  
(Caption)

Appeal No. __06-3952__

__Josh L. Anderson__  
( Appellant )

__04-cv-00135__  
D. C. No.

Enclosures:

__October 17, 2006__ Certified copy of C. of A. Order by the Clerk/Court.

Enclosures  
__October 17, 2006__ Certified copy of C. of A. Order by the Court in the above case  
(Date)

____X____ **We return the Record**.

____X____ Copy of this form to acknowledge receipt and return to C. of A.

____Carolyn Hicks____ (267)-299-__4926__  
Case Manager     Telephone Number

* __Keith Lombardo__ (267)-299-__4912__  
Record Processor     Telephone Number

Receipt Acknowledge:  
_____  
(Name)

_October 19, 2006_

_____  
(Date)

Appeals (Record)

**RECEIVED**

OCT 23 2006

CLERK U.S. DISTRICT COURT  
WEST. DIST. OF PENNSYLVANIA